NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-354

STACEY VIDRINE ADAMS

VERSUS

AARON DUANE ADAMS

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 73705
HONORABLE RONALD D. COX, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

REVERSED AND REMANDED FOR FURTHER PROCEEDINGS.

James W. Schwing
Attorney at Law
411 Iberia St.
New Iberia, LA 70560
(337) 365-2445
Counsel for Plaintiff/Appellee
        Stacey Vidrine Adams

**Patricia A. Thomas**
**Attorney at Law**
**205 Charity Street**
**P. O.  Box 142**
**Abbeville, LA  70511-0142**
**(337) 893-6082**
**Counsel for Defendant/Appellant**
     **Aaron Duane Adams**

**Stacey Vidrine**
**In Proper Person**
**1128 Weeks St.**
**New Iberia, LA  70560**
**(337) 560-9252**
**Counsel for Plaintiff/Appellee**
     **Stacey Vidrine**